IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-80176-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERARDO PEREZ-BERMUDEZ,

    Defendant.

_____

**ORDER**

THIS CAUSE, having come before this Court upon the Unopposed Motion for Continuance of Sentencing and to Extend Time for Filing Objections to PSI, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Continuance of Sentencing and to Extent Time for Filing Objections to PSI is hereby GRANTED.

DONE AND ORDERED in West Palm Beach, Florida this _____ day of January, 2018.

_____