MEXICAN INSTITUTE FOR SOCIAL SECURITY
GENERAL ZONE HOSPITAL NUM. 83
MORELIA, MICHOACÁN

**SURGICAL ONCOLOGY CARE PRE-DISCHARGE NOTE**

**NAME:** ARTEAGA GARCÍA NATALIA
**SSN:** 5364 32-1052 6F 1941PE
**ADMITTANCE DATE:** 05/24/16
**DISCHARGE DATE:** 06/29/16
**ADMITTANCE DX:** SIGMOID AND RECTUM CANCER
**DISCHARGE DX:** PO LOWER ANTERIOR RESECTION + APPENDECTOMY + COLOSTOMY

**MEDICAL SUMMARY:**
FEMALE PATIENT OF 75 YEARS OF AGE IS ADMITTED TO THE SURGICAL ONCOLOGY WARD DUE TO A COLON AND SIGMOID COLON CANCER DIAGNOSIS. SURGICAL INTERVENTION OF A LOWER ANTERIOR RESECTION, APPENDECTOMY AND COLOSTOMY IS SCHEDULED AND CONDUCTED WITHOUT COMPLICATIONS OR ISSUES.  THE PATIENT IS CURRENTLY CONSCIOUS, COOPERATIVE, AND AFEBRILE, WITH LIGHT PAIN IN THE SURGICAL SITE, WHICH DOES NOT PRESENT ANY SIGNS OR SYMPTOMS SUGGESTIVE OF CURRENT INFECTION. THE PATIENT IS CURRENTLY TOLERATING FOOD AND DRINKS ORALLY; COLOSTOMY WITH ADEQUATE OUTPUT, WITH NO COMPROMISED CARDIOPULMONARY EXPENDITURE; SOFT, FLAT AND PALPABLE ABDOMEN, WITH THE PRESENCE OF MEDIUM SURGICAL WOUND WITH WELL CONFRONTED EDGES, WITHOUT SIGNS OR SYMPTOMS SUGGESTIVE OF INFECTION; UNALTERED GENITALIA, SYMMETRIC LIMBS WITH HYPOTONIA, ADEQUATE CAPILLARY FILLING.
    BLOOD PRESSURE: 90/60 MMHG      BREATHING RATE: 19 BPM      HEART RATE: 80 BPM      TEMPERATURE: 36°C

PATIENT IS DISCHARGED DUE TO CLINICAL IMPROVEMENT, TO BE HANDLED BY OUTPATIENT CARE UNDER THE FOLLOWING INDICATIONS:

**PLAN:**
1. Discharge to home
2. In case of alarm symptoms, patient has open appointment at urgent care.
    Signs and symptoms of alarm:  intense pain, fever >38°C, excretion of pus or blood through the surgical wound or through the colostomy
3. Colostomy bag change at home, whenever necessary.
4. Outpatient care appointment in 7 days with Dr. García González to evaluate removal of surgical stitches/Penrose drain.
5. During daily bath, please clean the surgical wound with soap and water, then dry it well and proceed to cover it with dry, clean gauze dressings.

[ILLEGIBLE SIGNATURE]
DR. GARCÍA GONZÁLEZ
Intern RINCÓN

[WRITTEN BY HAND:] MAY 16TH, '17
11:30
ONCO

[LOGO]
IMSS
MEXICAN INSTITUTE FOR SOCIAL SECURITY
GENERAL ZONE HOSPITAL NUM. 83
MORELIA, MICHOACÁN
**URGENT CARE DISCHARGE NOTE**

**ADMITTANCE DATE:** 09/23/16  **12:10**  **NAME:** ARTEAGA GARCIA NATALIA

**DISCHARGE DATE:** 10/25/16  **10:00**  **SSN:** 5364 32-1052 6F 1941PE

**ADMITTANCE DX:** PAINFUL ABDOMINAL SYNDROME + PROBABLE APPENDICITIS, UNCONTROLLED DIABETES MELLITUS + WATER AND ELECTROLYTE IMBALANCE

**DISCHARGE DX:** ABDOMINAL SYNDROME PROBABLE APPENDICITIS RULED OUT + CONTROLLED DIABETES MELLITUS + RESOLVED WATER AND ELECTROLYTE IMBALANCE

FEMALE PATIENT OF 75 YEARS OF AGE WHO IS ADMITTED FOR PRESENTING ABDOMINAL PAIN FOR ONE DAY, NO VOMIT, NAUSEA OR FEVER, SHE IS REMITTED FROM THE UMF [ UMF-FAMILY MEDICINE UNIT] NUMBER 25 FOR DIAGNOSTIC AND THERAPEUTIC PROTOCOL, PALPABLE PAIN IN LEFT SUPERIOR AND INFERIOR QUADRANT. NEGATIVE REBOUND REFLEX, PRESENCE OF PERMEABLE AND PINK COLOSTOMY, RESERVOIR BAG WITH EXCREMENT WHICH IS EMPTIED WITH PARENTERAL CRYSTALLOID SOLUTIONS, H2 ANTAGONIST GIVEN AND LABS REQUESTED WHICH REPORT THE FOLLOWING: HEMOGLOBIN OF [illegible], HEMATOCRIT 32.3%, LEUCOCYTES 6.55, NEUTROPHILS 65.5% GLUCOSE 102, CREATININE 0.5 MG/DL, POTASSIUM 2.5  THEREFORE, TREATMENT FOR THE CORRECTION OF HYPOKALEMIA          IS BEGUN. CONTROL LABS ARE TAKEN AFTERWARDS, WHERE POTASSIUM VALUES OF 4.5 ARE REPORTED, WHICH ARE WITHIN NORMAL PARAMETERS, REST OF BLOOD ELECTROLYTES ARE NORMAL, NORMAL EKG WITHOUT DATA SUGGESTIVE OF ISCHEMIA, INJURY OR NECROSIS.

PATIENT IS CURRENTLY WITHOUT SYMPTOMS, AFEBRILE, WITHOUT SIGNS OR SYMPTOMS SUGGESTIVE OF VASOSPASM, URESIS PRESENT.

VITAL SIGNS WITHIN NORMAL PARAMETERS: BLOOD PRESSURE 140/80, HR: 70 BR: 21 TEMP: 36°C
CONSCIOUS, ORIENTED IN ALL THREE SPHERES, COOPERATIVE, ORAL MUCOSAE WELL HYDRATED, ADEQUATE COLORATION OF TEGUMENTS, NEUROLOGICALLY UNALTERED, ISOCHORIC PUPILS WITH NORMAL REFLEXES AND FULL EXTENT IN MOTION. GLASGOW COMA SCALE OF 15 POINTS, NORMOCEPHALIC HEAD, CYLINDRICAL THIN NECK, WITHOUT PALPABLE ENLARGEMENTS OR JUGULAR PLETHORA, NORMAL AND MOBILE TRACHEA, RHYTHMICAL HEART SOUNDS OF ADEQUATE INTENSITY AND FREQUENCY. VALVULAR ACOUSTICS WITHOUT ADDED PATHOLOGIES, NO CLINICAL SIGNS OF HEMODYNAMIC DECOMPENSATION.  WELL VENTILATED PULMONARY FIELDS WITH GOOD AIR ENTRANCE AND EXIT, PRESENCE OF VESICULAR MURMUR. SOFT, PALPABLE ABDOMEN, WITHOUT PAINFUL AREAS, AUDIBLE PERISTALSIS, WITHOUT SIGNS OF PERITONEAL IRRITATION, NO SIGNS OF VISCERAL ENLARGEMENTS, UNALTERED LIMBS, GOOD MUSCULAR TONE, IMMEDIATE CAPILLARY FILLING, AND DISTAL PULSES PRESENT. WITHOUT FUNCTIONAL LIMITATION AND WITHOUT NEUROVASCULAR COMPROMISE.

PATIENT IN HER EIGHTH DECADE OF LIFE, ASYMPTOMATIC, TOLERATING FOOD ORALLY, WITH LAB RESULTS WITHIN NORMAL PARAMETERS, WITHOUT PATHOLOGICAL SUGERY-ASSOCIATED SIGNS, CURRENTLY WITHIN GLYCEMIC GOALS, WITHOUT HOSPITALIZATION CRITERIA. PATIENT IS DISCHARGED FROM CARE WITH THE FOLLOWING INDICATIONS:

**INDICATIONS:**
1. REMOVAL OF SOLUTIONS AND INVASIVES
2. DISCHARGE TO HOME
3. IN CASE OF ALARM SYMPTOMS, PATIENT HAS OPEN APPOINTMENT IN URGENCY CARE
4. CONTROL WITH FAMILY PHYSICIAN
5. CHECK ESTABLISHED CONTROL OF UNDERLYING DISEASE.

ARTEAGA GARCÍA NATALIA
5364 32-1052 6F 1941 PE

**MEDICAL CONCOLOGY,**

Female patient of 75 years of age, currently in a post-operative state secondary to stage IIC rectum cancer due to infiltration of surrounding organs (appendix and ileum) which requires post-surgical radiotherapy which I will provide with concomitant chemotherapy: Capecitabin.

Submitting substitute request.

[Illegible signature]
DR. Jaime Leonel Nogales N[illegible]
Lic.11159987